IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00110-EWN-MEH

WILLIAM N. MCKENNA, IV, a Colorado resident,

    Plaintiff,

v.

CDC SOFTWARE, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2008.**

    The Unopposed Motion to Withdraw as Attorney of Record filed by Elwyn F. Schaefer [filed February 19, 2008; doc #11], to which the Plaintiff has not objected, is hereby **granted**. Mr. Schaefer will be terminated from his representation as Plaintiff's counsel. Ms. Andrea Kershner remains as Plaintiff's counsel of record in this case.