IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00110-EWN-MEH

WILLIAM N. MCKENNA, IV, a Colorado resident,

    Plaintiff,

v.

CDC SOFTWARE, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 3, 2008.**

    Plaintiff's Motion to Amend Complaint Pursuant to F.R.C.P. 15(c) [filed April 1, 2008; doc #25] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A (*see Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail)), for failure to comply with D.C. Colo. LCivR 10.1E, and for failure to explain under the liberal standard of Fed. R. Civ. P. 15(a) why "justice so requires" in this case.