IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00110-EWN-MEH

WILLIAM N. MCKENNA, IV, a Colorado resident,

    Plaintiff,

v.

CDC SOFTWARE, INC., a Delaware corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 20, 2008.**

    The Parties' Consent Protective Order [filed June 19, 2008; doc #53] is **denied without prejudice**. The parties are directed to submit a Motion for Entry of the Consent Protective Order and submit the proposed consent protective order as an exhibit or attachment to the motion. The proposed protective order should also be submitted to Chambers via email at *Hegarty_Chambers@cod.uscourts.gov* in a useable format, i.e., Word or Wordperfect.