IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00110-EWN-MEH

WILLIAM N. MCKENNA, IV, a Colorado resident,

    Plaintiff,

v.

CDC SOFTWARE, INC., a Delaware corporation,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 25, 2008.**

    The Joint Motion for Entry of Consent Protective Order [filed June 23, 2008; doc #56] is **denied without prejudice**. The proposed Consent Protective Order improperly places on the party objecting to a confidential designation the obligation of filing a motion challenging the designation. *See* Fed. R. Civ. P. 26(c)(1); *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000). In addition, the proposed order unnecessarily requires that this Court retain jurisdiction to enforce the order after termination of the litigation. The parties are granted leave to submit a revised protective order consistent with this order and applicable law.