IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00110-EWN-MEH

WILLIAM N. MCKENNA, IV, a Colorado resident,

    Plaintiff,

v.

CDC SOFTWARE, INC., a Delaware corporation,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 29, 2008.**

    The Parties' Joint Motion for Entry of Consent Protective Order for Certain Confidential Agreements [filed July 29, 2008; doc #64] is **granted**. The Consent Protective Order is filed contemporaneously with this minute order.