IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 1:08-cv-00110-EWN-MEH

WILLIAM N. MCKENNA, IV, a Colorado resident,

    Plaintiff,

v.

CDC SOFTWARE, INC., a Delaware corporation,

    Defendant.

---

**CONSENT PROTECTIVE ORDER FOR CERTAIN CONFIDENTIAL AGREEMENTS BETWEEN CDC SOFTWARE AND THIRD PARTIES**

---

Discovery in this matter will require Defendant CDC Software, Inc. ("CDC Software") to produce certain confidential contracts between CDC Software and third parties. CDC Software and Plaintiff William N. McKenna, IV ("Plaintiff") have advised the Court of the following:

The contracts at issue contain confidentiality provisions prohibiting CDC Software from disclosing the contracts absent a court order or the consent of the third parties;

CDC Software desires to comply with both the confidentiality provisions contained in its contracts with third parties and Plaintiff's requests for production of documents;

CDC Software has not obtained the consent of the third parties to produce the confidential agreements and to require CDC Software to do so would place an undue burden on CDC Software;

Therefore, the parties have jointly moved the Court to order the production of the following contracts with third parties:

    (a)    The Software License and Professional Services Agreement between Ifastgroupe (and/or Heico 2004 Member, Inc.) and Ross Systems, Inc. ("Ross") dated December 31, 1998 and any amendments;

    (b)    The Software License and Professional Services Agreement between Coleman Natural Foods (formerly known as Snow Ball Foods, Inc.) and Ross dated December 17, 1998 and any amendments;

    (c)    The Software License and Professional Services Agreement between Turf Care Supply Corp. and Ross dated November 15, 2005 and any amendments;

    (d)    The Software License and Professional Services Agreement between O-At-Ka Milk Products Cooperative, Inc. and Ross dated March 11, 2005 and any amendments;

    (e)    The Software License and Professional Services Agreement between Zachary Confections, Inc. and Ross dated December 2, 2005; and

    (f)    The General Release and Settlement Amendment to the Computer Software License and Professional Services Agreement between Zachary Confections, Inc. and Ross dated April 30, 2007.

In accordance with Rule 26 of the Federal Rules of Civil Procedure, it is hereby ORDERED that CDC Software shall produce the preceding contracts containing confidentiality provisions to Plaintiff. CDC Software shall label the contracts as "Confidential Information - Subject to Protective Order", and the contracts so labeled shall be subject to the Consent Protective Order entered by this Court on June 27, 2008.

IT IS SO ORDERED this 29th day of July, 2008.

BY THE COURT:


  s/Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

**CONSENTED TO:**

s/Paul J. Maxon
Paul J. Maxon
The Law Office of Paul Maxon, PC
1406 Pearl Street, Suite 200
Boulder, Colorado 80302
Telephone: (303) 473-9999
FAX: (303) 473-9993
paulmaxon@maxonlaw.com
Colo. Bar)
Colorado Bar No. 37251

ATTORNEY FOR WILLIAM N. MCKENNA, IV

s/Jona J. Miller
Michael W. Johnston*
Georgia Bar No. 396720
Jona J. Miller*
Georgia Bar No. 507178
Sarah E. Statz*
Georgia Bar No. 568068
(*Member of the U.S.D.C., D.

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
FAX: (404) 572-5138
E-mail: mjohnston@kslaw.com
E-mail: jjmiller@kslaw.com
E-mail: sstatz@kslaw.com

Glenn H. Schlabs
SHERMAN & HOWARD L.L.C.
90 S. Cascade Ave., #1500
Colorado Springs, Colorado 80903
Telephone: (719) 448-4018
FAX: (719) 635-4576
E-mail:gschlabs@shermanhoward.

com

ATTORNEYS FOR DEFENDANT CDC SOFTWARE, INC.