IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| Civil Action No. 08-cv-00110-EWN-MEH | Date: August 25, 2008 |
| Courtroom Deputy: Geneva D. Mattei | **FTR – Courtroom C203** |

| | |
|---|---|
| WILLIAM N. McKENNA, IV, | Paul Maxon |
| Plaintiff, | |
| v. | |
| CDC SOFTWARE, INC., | Jona Miller |
| a Georgia Corporation | |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**PRELIMINARY PRETRIAL CONFERENCE**

**Court in session:** 10:00 a.m.

Court calls case. Appearances of counsel. Also present William McKenna.

Discussion regarding pending motions.

**ORDERED:** Withdrawal of first joint motion for extension of time filed August 22, 2008; Doc. 81 is granted as stated on the record.

**ORDERED:** Joint motion for extension of time filed August 18, 2008; Doc. 76 is denied as moot.

The proposed Preliminary Pretrial Order was reviewed.

**ORDERED:** The Preliminary Pretrial Order was approved and filed with the corrections made of record

**Court in recess:** 10:34 a.m. Hearing concluded.
**Total time in court:** 00:34